IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,<br>Office of the Governor<br>111 East Broad Street<br>Richmond, Virginia 23219<br><br>CITY OF VIRGINIA BEACH,<br>Office of the Mayor<br>Virginia Beach Municipal Center<br>Virginia Beach, Virginia 23456<br><br>                              *Plaintiffs*,<br><br>v.<br><br>THOMAS F. GIMBLE, in his official capacity as Acting<br>Inspector General, United States Department of Defense,<br>400 Army Navy Drive<br>Arlington, Virginia 22202<br><br>DONALD RUMSFELD, in his official capacity as<br>the Secretary of the United States Department of Defense,<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br><br>UNITED STATES DEPARTMENT OF DEFENSE<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br><br>                              *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.1:06CV01908<br>)   Judge Ricardo M. Urbina<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW COMPLAINT**

Plaintiffs Commonwealth of Virginia and the City of Virginia Beach (together "Plaintiffs"), hereby move to withdraw, without prejudice, their Complaint for Declaratory and Injunctive Relief ("the Complaint") filed in the above captioned proceeding on November 7, 2006.

The Complaint has not yet been served on the Defendants, and subsequent events have rendered the Complaint moot at this time. Plaintiffs, therefore, request that this Court allow them to withdraw the Complaint without prejudice.

Pursuant to Rule 7(c) of the Local Rules of the United States District Court for the District of Columbia, a Proposed Order is attached for the Court's use.

Dated:  February 28, 2007

Respectfully submitted,

/s/ David J. DePippo

Eric J. Murdock (D.C. Bar No. 443194)
David J. DePippo (D.C. Bar No. 484781)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 955-1500

Counsel for Plaintiffs
**COMMONWEALTH OF VIRGINIA**
**CITY OF VIRGINIA BEACH**

Of Counsel:

Robert F. McDonnell
Attorney General
Commonwealth of Virginia
900 East Main Street
Richmond, Virginia  23219
(804) 786-3808

Leslie L. Lilley
City Attorney
Office of the City Attorney
Virginia Beach Municipal Center
Virginia Beach, Virginia  23456-9115
(757) 385-4531

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,<br>Office of the Governor<br>111 East Broad Street<br>Richmond, Virginia 23219<br><br>CITY OF VIRGINIA BEACH,<br>Office of the Mayor<br>Virginia Beach Municipal Center<br>Virginia Beach, Virginia 23456<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS F. GIMBLE, in his official capacity as Acting Inspector General, United States Department of Defense,<br>400 Army Navy Drive<br>Arlington, Virginia 22202<br><br>DONALD RUMSFELD, in his official capacity as the Secretary of the United States Department of Defense,<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br><br>UNITED STATES DEPARTMENT OF DEFENSE<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br><br>*Defendants*. | Civil Action No.1:06CV01908<br>Judge Ricardo M. Urbina |

**ORDER**

Upon consideration of the Plaintiffs Commonwealth of Virginia's and the City of Virginia Beach's (together "Plaintiffs") Motion to Withdraw, without prejudice, Complaint for Declaratory and Injunctive Relief, it is hereby,

ORDERED that Plaintiffs' Motion is GRANTED.

SO ORDERED.

_____
RICARDO M. URBINA
United Stated District Judge

Date: _____, 2007