IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,<br>Office of the Governor<br>111 East Broad Street<br>Richmond, Virginia 23219<br><br>CITY OF VIRGINIA BEACH,<br>Office of the Mayor<br>Virginia Beach Municipal Center<br>Virginia Beach, Virginia 23456<br><br>        *Plaintiffs*,<br><br>v.<br><br>THOMAS F. GIMBLE, in his official capacity as Acting<br>Inspector General, United States Department of Defense,<br>400 Army Navy Drive<br>Arlington, Virginia 22202<br><br>DONALD RUMSFELD, in his official capacity as<br>the Secretary of the United States Department of Defense,<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br><br>UNITED STATES DEPARTMENT OF DEFENSE<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br><br>        *Defendants*. | Civil Action No.1:06CV01908<br>Judge Ricardo M. Urbina |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Commonwealth of Virginia and the City of Virginia Beach (together "Plaintiffs"), voluntarily dismiss their Complaint for Declaratory and Injunctive Relief ("the Complaint") filed in the above captioned

proceeding on November 7, 2006.  The Complaint has not yet been served on any defendant, no defendant has answered the Complaint, and no other party has appeared in this action.

Dated:  March 2, 2007                               Respectfully submitted,

/s/ David J. DePippo_____

Eric J. Murdock (D.C. Bar No. 443194)
David J. DePippo (D.C. Bar No. 484781)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 955-1500

Counsel for Plaintiffs
**COMMONWEALTH OF VIRGINIA**
**CITY OF VIRGINIA BEACH**

Of Counsel:

Robert F. McDonnell
Attorney General
Commonwealth of Virginia
900 East Main Street
Richmond, Virginia  23219
(804) 786-3808

Leslie L. Lilley
City Attorney
Office of the City Attorney
Virginia Beach Municipal Center
Virginia Beach, Virginia  23456-9115
(757) 385-4531